IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JHONY GUEVARA, et al.,<br><br>Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTAN ENTERPRISES, LLC, et al.<br><br>Defendants. | Civ. Action No. 1:20-cv-01383-JEB |

### SWORN DECLARATION OF ALEXIS LOZA

I, Alexis Loza, being over the age of eighteen (18) and of sound mind, do hereby testify to the following facts from my personal first-hand knowledge.

1. I was employed by Spartan Enterprises, LLC ("Spartan") as an electrician from around August 2018 until about April 26, 2019.

2. During a large portion of my employment, I performed electrician work duties for the benefit of Spartan and its contractor, Bozzuto Construction Company ("Bozzuto"), at 1100 Second Place SE in Washington, DC ("the Complex"), a project partially funded and/or subsidized by the governments of the District of Columbia and/or the United States.

3. During a large portion of my employment, at least twenty (20) other individuals performed electrician work duties for the benefit of Bozzuto and Spartan at the Complex.

4. During a large portion of employment, I performed electrician duties on units within the Complex funded or subsidized by the governments of the District of Columbia and/or the United States.

1

5. During a large portion of my employment, at least twenty (20) other individuals that were employed by Bozzuto and Spartan performed electrician duties on units within the Complex funded or subsidized by the governments of the District of Columbia and/or the United States.

6. During the time I worked within the Complex, I can reasonably estimate based on my personal firsthand knowledge and observations, that I performed about 25% to 30% of my electrician duties on units within the Complex that were funded or subsidized by the governments of the District of Columbia and/or the United States.

7. During the time I worked within the Complex, I can reasonably estimate based on my personal firsthand knowledge and observations, that at least twenty (20) other individuals that were employed by Bozzuto and Spartan performed about 25% to 30% of their electrician duties on units within the Complex that were funded or subsidized by the governments of the District of Columbia and/or the United States.

8. During the time I worked within the Complex, Spartan customarily paid me and the approximately twenty (20) other individuals employed by Spartan to perform electrical duties on units within the Complex, about 20% or less of our weekly non-overtime wages at the "scale" rate of about $43.70 per hour required for our performance of electrician work duties on units within the Complex funded or subsidized by the governments of the District of Columbia and/or the United States.

9. During the time I worked within the Complex, Spartan customarily paid me and the approximately twenty (20) other individuals employed by Spartan to perform electrical duties on units within the Complex, about 80% or more of our weekly non-overtime wages at non-scale rate at or around $13.75 per hour or at a similar non-scale hourly rate.

10. For each week that approximately twenty (20) other individuals employed by Spartan and I worked within the Complex, we customarily worked overtime more than forty (40) hours per week.

11. For each week that approximately twenty (20) other individuals employed by Spartan and I worked within the Complex, we customarily worked between forty (40) to fifty (50), and often more, hours per week.

12. For each week that approximately twenty (20) other individuals employed by Spartan and I worked within the Complex, Spartan paid us for overtime worked more than forty (40) hours per week at the rate of one-and-one-half times our lower non-scale hourly rate.

13. For each week that approximately twenty (20) other individuals employed by Spartan and I worked within the Complex, the overtime wage rate Spartan should have paid us for electrician work we performed within the Complex should have been a the higher "blended" rate that counted and included the higher "scale" rate that we were paid and should have been paid for electrician work we performed on units within the Complex funded or subsidized by the governments of the District of Columbia and/or the United States.

14. Spartan now owes approximately twenty (20) other individuals and me the difference between the "blended" time-and-one-half rate it should have paid us for overtime worked over forty (40) hours per week and the lower non-blended time-and-one-half rate overtime rate Spartan paid us each overtime hour we worked more than forty (40) hours per week.

15. The other individuals that are similarly situated to me and are, like me, owed unpaid overtime wages under Federal and District of Columbia law, include those individuals:

    i. Who, like me, were employed by Spartan and/or Bozzuto, to perform electrician and related work duties on units within the Complex within the last three (3) years;

    ii. Who, like me, work or worked for Spartan and/or Bozzuto performing electrician duties within the Complex on units that were and were not funded or subsidized by the governments of the District of Columbia and/or the United States;

    iii. Who, like me, worked more than forty (40) hours in any workweek; and

    iv. Who, like me, were not paid by Spartan at the higher time-and-one-half "blended" overtime rate for overtime worked more than forty (40) hours in any workweek.

16. Based on my personal knowledge and observations of their business operations, it is my understanding and belief that Spartan and/or Bozzuto are in possession of records identifying the identity of all individuals that are similarly situated to me that, like me, are owed unpaid overtime wages arising out of Spartan's failure to pay overtime wages for overtime worked over forty (40) hours per week at the higher "blended" time-and-one-half rate.

**I SWEAR AND AFFIRM UNDER THE PENALTIES OF PERJURY THE FACTS AS SET FORTH AND ALLEGED IN THIS DECLARATION ARE TRUE AND CORRECT AND BASED ON MY PERSONAL FIRSTHAND KNOWLEDGE.**

*Alexis Loza*
Alexis loza (Sep 24, 2020 17:55 EDT)
ALEXIS LOZA

Sep 24, 2020

DATE

4