IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JHONY GUEVARA, et al.,<br><br>   Individually and on behalf of others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SPARTAN ENTERPRISES, LLC, et al.<br><br>   Defendants. | Civ. Action No. 1:20-cv-01383-JEB |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties file this Joint Stipulation of Dismissal **with prejudice**. Each party to bear their own costs.

Respectfully submitted,

**ZIPIN, AMSTER & GREENBERG, L.L.C.**

*/s/ Gregg C. Greenberg*
Gregg C. Greenberg, Bar No. MD17291
James. E. Miller, Bar No. 1035476
8757 Georgia Ave. #400
Silver Spring, Maryland 20910
Tel: (301) 812-4744 (phone)
Fax: (240) 839-9142 (fax)
ggreenberg@zagfirm.com
jmiller@zagfirm.com
*Counsel for Plaintiffs*

**GLEASON, FLYNN, EMIG & McAFEE, CHARTERED**

*/s/ Gerard J. Emig*
Gerard J. Emig, Esq., D.C. Bar No. 973609
Nathan J. Postillion, D.C. Bar No. 1003850
11 North Washington Street, Suite 400
Rockville, MD  20850
gemig@gleason-law.com
npostillion@gleason-law.com
Tel: (301) 294-2110
Fax: (301) 294-0737
*Counsel for Defendant*
*Spartan  Enterprises, LLC*


**GALLAGHER EVELIUS & JONES LLP**

*/s/ James D. Bragdon*
Mark S. Saudek, D.C. Bar No. 462525
James D. Bragdon, D.C. Bar No. 1017743
218 N Charles Street, Suite 400
Baltimore, MD 21201
msaudek@gejlaw.com
jbragdon@gejlaw.com
TEL: 410 951 1416
FAX: 410 468 2786
*Counsel for Bozzuto Construction Company*